Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GATEKEEPERS COMMUNITY CHURCH and RICKEY D. MARTIN, Senior Pastor of the Gatekeepers Community Church,<br><br>Plaintiffs,<br><br>v.<br><br>THURSTON COUNTY FIRE DISTRICT NO. 11 AND JOHN RICKS, JERRY STRONG, and TONY PANNKUK, Thurston County Board of Fire Commissioners, in their individual and official capacities,<br><br>Defendants. | No. C06-05095-RJB<br><br>**ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR ALL DEFENDANTS** |

Stephen A. Smith and Michael K. Ryan and PRESTON GATES & ELLIS, LLP, and Joseph F. Quinn, of JOSEPH F. QUINN, P.S., having stipulated for an Order of this Court permitting withdrawal and substitution of counsel for all defendants, it is hereby

ORDERED that Joseph F. Quinn may withdraw, and Stephen A. Smith and Michael K. Ryan and PRESTON GATES & ELLIS, LLP are hereby substituted and appear on behalf of all defendants, Thurston County Fire District No. 11, John Ricks, Jerry Strong and Tony

PROPOSED ORDER PERMITTING
WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR
ALL DEFENDANTS - 1
Case No. C06-05095-RJB

K:\55393\00001\MKR\MKR_P20W8

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Pannkuk, in their individual and official capacities as Thurston County Board of Fire Commissioners.

DATED this 9th day of March, 2006.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by :

/s/ Stephen A. Smith
Stephen A, Smith
Michael K. Ryan, Esq.
Preston Gates & Ellis, LLP
Attorneys for Defendants
THURSTON COUNTY FIRE DISTRICT NO. 11 and
JOHN RICKS, JERRY STRONG and TONY PANNKUK

PROPOSED ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR ALL DEFENDANTS - 2
Case No. C06-05095-RJB

K:\55393\00001\MKR\MKR_P20W8

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022