Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GATEKEEPERS COMMUNITY CHURCH and RICKEY D. MARTIN, Senior Pastor of the Gatekeepers Community Church,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THURSTON COUNTY FIRE DISTRICT NO. 11 AND JOHN RICKS, JERRY STRONG, and TONY PANNKUK, Thurston County Board of Fire Commissioners, in their individual and official capacities,<br><br>　　　　　　　　　　Defendants. | No. C06-05095-RJB<br><br>**JOINT STIPULATION AND ORDER** |

## STIPULATION

This STIPULATION is entered into by and between GATEKEEPERS COMMUNITY CHURCH, a non-profit religious corporation, operating as a Church, and RICKEY D. MARTIN, Senior Pastor of the Gatekeepers Community Church (collectively, "PLAINTIFFS"), and THURSTON COUNTY FIRE DISTRICT NO. 11 and JOHN RICKS, JERRY STRONG, and TONY PANNKUK (collectively, "DEFENDANTS"). PLAINTIFFS and DEFENDANTS shall be referred to collectively as the PARTIES.

JOINT STIPULATION AND ORDER
[PROPOSED] - 1
Case No. C06-05095-RJB

K:\55393\00001\MKR\MKR_P20WC

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1. PLAINTIFFS, who had been utilizing DEFENDANTS' facilities between August 2005 and December 2005, filed their Complaint on February 21, 2006 and their Motion for Temporary Restraining Order and Preliminary Injunction, and Memorandum in Support Thereof, together with the Affidavit of Rickey D. Martin, together with Exhibits A-1, A-2, B, and C attached thereto, on February 22, 2006, alleging that the Defendants' Station Rental Policies, dated November 10, 2005, and December 13, 2005, respectively, violated Plaintiff's First and Fourteenth Amendment rights under the United States Constitution;

2. On February 27, 2006, Defendants passed a revised Facility Use Policy, which superseded the challenged Station Rental Policies, set out above.  As a result of this revised policy, prior alleged prohibitions against religious uses have been removed.  The revised policy was filed with the Court on March 1, 2006, as an attachment to the Declaration of Natasha McGowan, the Secretary of the Fire District;

3. The PARTIES agree that above-captioned matter, *Gatekeepers Community Church, et al. v. Thurston County Fire District No. 11, et al.,* should be stayed for a period not to exceed six (6) months.  At the end of the six (6) month period, PLAINTIFFS will either dismiss the above-captioned case, or if warranted, PLAINTIFFS will pursue their case against DEFENDANTS regarding the Station Rental Policy, dated 12/13/05 and/or the Facility Use Policy, dated 02/27/06;  PLAINTIFFS will be required to give notice to Court and to DEFENDANTS as to whether they will seek to continue the case or seek dismissal no later than  thirty (30) days prior to the end of the six month period;  This STIPULATION is hereby entered into by the PARTIES upon advice of counsel, and signed by the PARTIES counsel on their behalf, to be filed with the court;  and

4. PLAINTIFFS shall voluntarily withdraw their motion for a Temporary Restraining

JOINT STIPULATION AND ORDER
[PROPOSED] - 2
Case No. C06-05095-RJB
K:\55393\00001\MKR\MKR_P20WC

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Order and a Preliminary Injunction, scheduled for a hearing on March 9, 2006, at 8:30 a.m., eliminating the necessity for a hearing on this date.

IN WITNESS WHEREOF, the PARTIES hereto have executed this STIPULATION as set forth below.

Dated March 7, 2006.

    Talis Abolins, Esq.,
    Campbell, Dille, Barnett, Smith & Wiley, PLLC

    <u>/s/ Vincent P. McCarthy</u>
    Vincent P. McCarthy
    Kristina J. Wenberg
    American Center for Law and Justice
    Attorneys for Plaintiffs
    GATEKEEPERS COMMUNITY CHURCH and
    RICKEY D. MARTIN, Plaintiffs.


    JOSEPH F. QUINN, P.S.


    <u>/s/ Joseph F. Quinn (with permission)</u>
    Attorneys for Defendants
    Thurston County Fire District No. 11 and John
    Ricks, Jerry Strong and Tony Pannkuk

## **ORDER (Proposed)**

This matter comes before the Court upon the Stipulation of the parties set forth above, and IT IS SO ORDERED.

DATED this 9th day of March, 2006.

*[signature]*
ROBERT J. BRYAN
United States District Judge

JOINT STIPULATION AND ORDER
[PROPOSED] - 3
Case No. C06-05095-RJB

K:\55393\00001\MKR\MKR_P20WC

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Presented by :

2  /s/ Stephen A. Smith
   Stephen A, Smith
3  Michael K. Ryan, Esq.
   Preston Gates & Ellis, LLP
4  Attorneys for Defendants
   THURSTON COUNTY FIRE
5  DISTRICT NO. 11 and
   JOHN RICKS, JERRY STRONG
6  and TONY PANNKUK

JOINT STIPULATION AND ORDER
[PROPOSED] - 4
Case No. C06-05095-RJB

K:\55393\00001\MKR\MKR_P20WC

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022